RECEIVED

JAN - 9 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN BLUNT,<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-928-P |
| VERSUS | JUDGE DEE D. DRELL |
| JAMES DEVILLE, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion for Temporary Restraining Order (Doc. 34) is hereby **DENIED**.

**SIGNED** this 8th day of January 2019, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE